**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| WILLIE MCCRARY and CHARLENE MCCRARY, | ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| | ) Case No: 13-CV-507-JED-PJC |
| COUNTRY MUTUAL INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

This action came on for jury trial before the Court, the Honorable John E. Dowdell presiding. In accordance with the jury's verdict (Doc. 78), judgment is hereby entered in favor of plaintiffs, Willie and Charlene McCrary, and against defendant, Country Mutual Insurance Company, in the amount of $22,000 in compensatory damages and $25,000 in punitive damages.

**DATED** this 25th day of April, 2016.

JOHN E. DOWDELL
UNITED STATES DISTRICT JUDGE