**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| WILLIE MCCRARY and CHARLENE MCCRARY, | ) <br> ) <br> )   Case No. 13-CV-507-JED-PJC |
| Plaintiffs, | ) |
| v. | ) |
| COUNTRY MUTUAL INSURANCE COMPANY d/b/a COUNTRY FINANCIAL, | ) <br> ) |
| Defendant. | ) |

### AMENDED JUDGMENT

In accordance with the jury's verdicts (Doc. 78, 78-1) and subsequent Court Orders granting plaintiffs' motion to amend the judgment to include prejudgment interest (Doc. 97) and awarding attorneys' fees (Doc. 96) and costs (Doc. 92), final judgment is hereby entered in favor of the plaintiffs, Willie and Charlene McCrary, and against the defendant, Country Mutual Insurance Company, in the amount of $47,000.00 in damages, plus pre-judgment interest in the amount of $9,393.70, plus attorneys' fees in the amount of $64,132.50 and costs in the amount of $1,438.25, for a total award of $121,964.45.  The total award shall accrue postjudgment interest at the rate of 0.58 % per year pursuant to 28 U.S.C. § 1961 and *Wheeler v. John Deer Co.*, 986 F.2d 413, 415 (10th Cir. 1993).

DATED this 24th day of August, 2016.

JOHN E. DOWDELL
UNITED STATES DISTRICT JUDGE